BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of MARY GEIS, Respondent, v. ARTHUR MIHAN, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

FRANK DeMARCO, Appellant, v. RICHARD F. LUCEY, Respondent.— Motion to have appeal heard on original papers denied, with leave to renew upon affidavit made by plaintiff. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

JAMES T. FRANSIOLI, Appellant, v. GEORGIA M. FRANSIOLI, Respondent.— Motion to continue injunction denied. This action can be tried at the Equity term, during the present month. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of the Petition of FREDERICK E. CASTON, Respondent, for the Removal of CHARLES F. WILCOX, Appellant, as Administrator, etc., of JOSEPH STUART BROWN, etc., Deceased.— Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

MICHAEL KILGALLON, Respondent, v. THE CUNARD STEAMSHIP COMPANY, LTD., Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

HARRIS F. MACNEISH, Respondent, v. TUCKAHOE STONE CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ. Settle order on notice.

MARTIN M. URBAND and Another, Copartners, etc., Appellants, v. MENDEL SINGER and Others, Copartners, etc., and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

PAULINE WAGNER, an Infant, by ELIZABETH WAGNER, Her Guardian ad Litem, Respondent, v. HYGRADE MONUMENT WORKS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

RIDLEY WATTS and Others, Respondents, v. PHILLIPS-JONES CORPORATION, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.